IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DANCO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LAVELLE INDUSTRIES, INC.,<br><br>    Defendant. | Civil Action No.: 5:16-CV-00048-CMC |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Danco, Inc. ("Danco") and Defendant Lavelle Industries, Inc. ("Lavelle"), by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and consistent with the parties' Settlement Agreement executed June 20, 2017, the parties hereby stipulate and agree that:

(1) Dismissal shall be with prejudice as to Danco's claim for infringement of the '455 Patent in relation to the Accused Product as made and sold prior to the date of dismissal and through December 31, 2017;

(2) Dismissal shall be without prejudice as to Lavelle's counterclaims of invalidity and unenforceability; and

(3) each Party shall bear its own fees and costs.

SO STIPULATED and respectfully submitted this 23rd day of June, 2017.

*/s/ Eric G. Maurer*

Geoff Culbertson
Texas Bar No. 24045732
PATTON TIDWELL & CULBERTSON LLP
2800 Texas Boulevard
Texarkana, Texas 75503

*/s/ Paul J. Stockhausen* (w/ permission)

J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel. (512) 495-6400

Telephone: (903) 792-7080
Facsimile: (903) 792-8233
*gpc@texarkanalaw.com*

Eric G. Maurer
Georgia Bar No. 478199
Cynthia J. Lee (*pro hac vice*)
Georgia Bar No. 442999
Scott P. Amy
Georgia Bar No. 141416
THOMAS HORSTEMEYER LLP
400 Interstate North Parkway SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (770) 933-9500
Facsimile: (770) 951-0933

*eric.maurer@thomashorstemeyer.com*
*cynthia.lee@thomashorstemeyer.com*
*scott.amy@thomashorstemeyer.com*

*Counsel for Plaintiff Danco, Inc.*

Fax (512) 495-6401
steve.ravel@kellyhart.com

Joseph S. Heino
Wisconsin State Bar No. 1003931
Sherry D. Coley
Wisconsin State Bar No. 1038243
Davis & Kuelthau, s.c.
111 E. Kilbourn Ave., Suite 1400
Milwaukee, WI 53202-6613
Tel. (414) 276-0200
Fax (414) 276-9369
jheino@dkattorneys.com
scoley@dkattorneys.com

Paul J. Stockhausen
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Tel. (414) 298-1000
Fax (414) 298-8097
pstockhausen@reinhartlaw.com

*Attorneys for Defendant Lavelle Industries, Inc.*